IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>PORFIRIO JOSE MOLINA SALCEDO,<br><br>　　　　　　Defendants. | 4:24CR3033<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 18), is granted.

2) Defendant is permitted to travel to Bridgeport, Connecticut from May 25, 2024 through May 27, 2024 to stay at his sister's house.

3) On or before May 23, 2024, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 7th day of May, 2024.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　　United States Magistrate Judge