IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiffs,<br><br>vs.<br><br>PORFIRIO JOSE MOLINA SALCEDO,<br><br>                  Defendants. | 4:24CR3033<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 25), is granted.

2) Defendant permissible travel areas is expanded to the Southern District of New York and the Eastern District of New York for work and personal reasons.

3) Defendant is permitted to travel to Connecticut to see family and for work. He may stay at his sisters' residence on infrequent occasions with the permission of U.S. Probation.

4) Defendant is permitted to travel to the Poconos in Pennsylvania to celebrate his nephews' graduations from July 12, 2024 to July 14, 2024.

5) Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trips referenced herein.

Dated this 25th day of June, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge