IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PORFIRIO JOSE MOLINA SALCEDO,<br><br>Defendant. | 4:24CR3033<br><br>**FINAL ORDER OF FORFEITURE** |

    This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 73). Having reviewed the record in this case, the Court finds as follows:

    1.    On June 20, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $3,299.56 United States currency and 53 Apple Watches and 356 Counterfeit Apple Watches (some with boxes and/or receipts). (Filing No. 71).

    2.    Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on June 24, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on September 4, 2025. (Filing No. 72).

    3.    The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

    4.    The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

    1.    The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 73) is granted;

    2.    All right, title and interest in and to $3,299.56 United States currency and 53 Apple Watches and 356 Counterfeit Apple Watches (some with boxes and/or receipts) seized from the Defendant, held by any person or entity are forever barred and foreclosed;

3. The $3,299.56 United States currency and 53 Apple Watches and 356 Counterfeit Apple Watches (some with boxes and/or receipts) are forfeited to the Government; and

4. The Government is directed to dispose of that currency in accordance with the law.

Dated this 17th day of October, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge